|   |   |
|---|---|
| TOMMIE LEE MCDOWELL, JR., | Case No. 3:19-cv-00230-MMD-WGC |
| Plaintiff | ORDER |
| v. | |
| HULSEY et al., | |
| Defendants | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

**I.  DISCUSSION**

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections ("NDOC"), has submitted a civil rights complaint under 42 U.S.C. § 1983 and has filed a motion for a copy of his complaint.  (ECF Nos. 1-1, 3).  Plaintiff has neither paid the full filing fee for this matter nor filed an application to proceed *in forma pauperis*.[1]

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate.  The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved.[2]  Plaintiff will be granted an opportunity to file an application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action.  If Plaintiff chooses to file an application to proceed *in forma pauperis* he must file a fully complete application to proceed *in forma pauperis*.

**II.  CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis*

---

[1] Plaintiff states that he submitted a brass slip to the NDOC to pay the $350 filing fee.  (ECF No. 1-2).  The Court has not received the funds as of this date.

[2] The Court grants Plaintiff's motion for a copy of his complaint (ECF No. 3).

application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff must either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

IT IS FURTHER ORDERED that the motion for a copy of the complaint (ECF No. 3) is granted. The Clerk of the Court will send Plaintiff a copy of the complaint (ECF No. 1-1).

IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint (ECF No. 1-1) but will not file it at this time.

DATED THIS 15th day of May 2019.

_____
UNITED STATES MAGISTRATE JUDGE