|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |
| TOMMIE LEE MCDOWELL, JR., | Case No. 3:19-cv-00230-MMD-WGC |
| Plaintiff | ORDER |
| v. | |
| HULSEY et al., | |
| Defendants | |

**I.  DISCUSSION**

On May 15, 2019, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action within 30 days. (ECF No. 4).  On May 28, 2019, Plaintiff filed a motion to compel NDOC inmate accounting to process his brass slips and pay the Court the $400 filing fee. (ECF No. 7). Plaintiff believes that prison officials are purposely delaying and hindering the transaction in hopes that the Court will dismiss the case. (*Id.* at 1).  The Court construes this motion as a motion for an extension of time to pay the filing fee.  The Court will grant Plaintiff until July 31, 2019 to pay the full filing fee.

Plaintiff also filed a motion to obtain a copy of his complaint.  (ECF No. 5).  The Court grants the motion and will send Plaintiff a copy of his complaint.

**II.  CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the Court construes the motion to compel (ECF No. 7) as a motion for extension of time and grants the motion.

IT IS FURTHER ORDERED that on or before **July 31, 2019**, Plaintiff will pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee). The Clerk shall **SEND** a copy of this Order to the attention of **Chief of Inmate Services for the Nevada Department of Corrections**, P.O. Box 7011, Carson City, Nevada 89702, so that Plaintiff's brass slip for the filing fee in this case is promptly processed.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

IT IS FURTHER ORDERED that the motion to obtain a copy of his complaint (ECF No. 5) is granted. The Clerk of the Court will send Plaintiff a courtesy copy of his complaint (ECF No. 1-1).

DATED THIS 29th day of May 2019.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE